UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOUIS SOJO,

                              Plaintiff,      **NOTICE OF REMOVAL**

      -against-                      Case No. 22-CV-2147

THE CITY OF NEW YORK; THE NEW YORK POLICE
DEPARTMENT, AND CAPTAIN JULIO DELGADO,

                             Defendants.
------------------------------------------------------------X

**TO:   THE UNITED STATES DISTRICT COURT,
         SOUTHERN DISTRICT OF NEW YORK**

        The defendants, the City of New York ("City") and the New York Police Department ("NYPD"), by and through their attorney Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, hereby file this Notice of Removal for the removal of this case from the Supreme Court of the State of New York, Bronx County, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1441(b). In support thereof, defendants respectfully state as follows as follows:

        On or about February 17, 2022 defendants City of New York received by personal service on the Office of the Corporation Counsel a Summons and Complaint filed in the Supreme Court of the State of New York, County of Bronx, under Index No. 816002/2021E, naming the City, NYPD, and Captain Julio Delgado the defendants therein, and setting forth the claims for relief upon which the action is based.

        A copy of Plaintiff's Summons and Complaint is annexed hereto as Exhibit "A."

        Upon information and belief, defendant Julio Delgado has not been properly served as a party to this action.

Plaintiff brings this action alleging, *inter alia*, that defendants deprived him of his statutory and constitutional rights civil rights under the Civil Rights Act of 1871, 42 U.S.C. § 1983; the Civil Rights Act of 1866, 42 U.S.C. § 1981; the New York State Executive Law § 296, and the New York City Administrative Code § 8-502 and § 8-107. See Exhibit "A." Specifically, Plaintiff alleges that defendants engaged in discrimination on the basis of race and color, and makes claims of a hostile work environment and retaliation. See id.

The above-captioned action is a civil action of which the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges claims which arise under the laws of the United States. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441 and 1443.

This Notice of Removal is timely because it is being filed within thirty days of defendants City and NYPD's receipt of the Summons and Complaint. See 28 U.S.C. § 1446 (b).

Pursuant to 28 U.S.C. §1466(d), counsel for defendants shall promptly provide plaintiff with written notice of the filing of this Notice of Removal, and shall file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Bronx.

Defendants City and NYPD reserve all claims and defenses, including, without limitation, those set forth in Rule 12(b) of the Federal Rules of Civil Procedure

Defendants City and NYPD are unaware of any previous application for the relief requested herein.

**WHEREFORE**, Defendants City and NYPD respectfully request that the above-captioned action be removed from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated:     New York, New York
           March 15, 2022

                                    Hon. Sylvia O. Hinds-Radix
                                    Corporation Counsel of the City of New York
                                    Attorney for Defendants City of New York and
                                    New York Police Department
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-3580
                                    ajuarez@law.nyc.gov

                               By:     /s/
                                    Audrey J. Juarez
                                    Assistant Corporation Counsel

TO:    Linda M. Cronin, Esq.
        Counsel for Plaintiff
        Cronin & Byczek, LLP
        178 Myrtle Boulevard, Suite 105
        Larchmont, New York 10538
        (516) 358-1700